**E-FILED**
Friday, 28 January, 2005  11:26:24 AM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**SPRINGFIELD DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 95-30020-001 |
| | ) | |
| DAVID E. WEISKOPF, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| GREAT LAKES MORTGAGE | ) | |
|  & INVESTMENT INC., | ) | |
| | ) | |
| Garnishee. | ) | |

## FINAL ACCOUNTING OF EARNINGS GARNISHMENT

The United States, pursuant to 28 U.S.C. §3205(c)(9)(B), makes the following final

accounting on the Writ of Earnings Garnishment issued by this Court on April 15, 2004:

1.  Amount collected through this garnishment: $553.19.

2.  The garnishment is terminated because the Defendant is no longer employed by

GREAT LAKES MORTGAGE & INVESTMENT INC.

Furthermore, within 10 days from the receipt of this accounting, the defendant and/or the

garnishee may file a written objection to the accounting stating the grounds for the objection,

and request a hearing.

Respectfully submitted,

JAN PAUL MILLER
UNITED STATES ATTORNEY


January 28, 2005                          s/ Elizabeth L. Collins
                                         _____
                          By:    Elizabeth L. Collins, Bar # 487864
                                 Attorney for Plaintiff
                                 United States Attorneys Office
                                 318 S. 6th Street
                                 Springfield, Illinois 62701
                                 Tel: 217-492-4450
                                 Fax: 217-492-4888
                                 E-mail: Beth.Collins@usdoj.gov

## <u>CERTIFICATE OF SERVICE</u>

It is hereby certified that service of the foregoing **FINAL ACCOUNTING** on January 27, 2005,

been made upon the following individuals by depositing a copy thereof in the United States mail,

postage prepaid, addressed to:

GREAT LAKES MORTGAGE & INVESTMENT INC.
Attn: Todd Keizer, President
15 South 2nd Street
Grand Haven, MI 49417

DAVID E. WEISKOPF
Post Office Box 462
Grand Rapids, MI 49417

January 28,  2005                                   s/ Elizabeth L. Collins
                                                    _____
                                   By:    Elizabeth L. Collins, Bar # 487864
                                          Attorney for Plaintiff
                                          United States Attorneys Office
                                          318 S. 6th Street
                                          Springfield, Illinois 62701
                                          Tel: 217-492-4450
                                          Fax: 217-492-4888
                                          E-mail: Beth.Collins@usdoj.gov